# Exhibit G



## Independent Test Report

### Qualification and Quantification of Black Cohosh

### in Botanical Supplements

**SUMMARY:** i3 Engineering Sciences LLC has completed an independent test project to determine the purity, quality and heavy metal adulteration of **Nature's Bounty, Black Cohosh, 540 mg. capsule** (botanical supplement) provided by the client, Sultzer Law Group of New York.

# Table of Contents

**Background** ............................................................................................................**3**

**Approach** ...............................................................................................................**3**

**Specifications** .......................................................................................................**4**

**Testing Results** .....................................................................................................**5**

    Sample i3-BC-001

**Lab Reports** ..........................................................................................................**6**

    Sample i3-BC-001

**Appendix** ..............................................................................................................

    Appendix 1, New York Botanical Garden, DNA Barcoding Library .....................................**13**

    Appendix 2,  USP Pharmacists' Pharmacopeia, 2 Supplement ...........................................**16**

**BACKGROUND:** Black cohosh, also known as Actaea racemosa and Cimicifuga racemosa is a member of the buttercup family, Ranunculaceae. It is native to the woodland habitats of eastern North America. Black cohosh extracts are used as a dietary supplement and are marketed as an effective treatment for symptoms associated with premenstrual tension and menopause. Extracts are made from its roots and rhizomes.

**APPROACH:** Herbal supplements or botanicals have certain unique characteristics that should be taken into account as they relate to regulations and industry standards. Botanical drugs are derived from plant matter and are usually prepared as complex mixtures.

The amount of triterpene glycosides measured as 27-deoxyactein (also known as 23-epi-26-deoxyactein) is a useful measure of quality control for black cohosh. The United States Pharmacopeia (USP) requires that black cohosh contain 0.4 percent triterpene glycosides calculated as 27-deoxyactein.

Because of the complex nature of botanicals, scientists must rely on a combination of tests and controls to ensure their identity, purity, quality, strength, and potency. These include spectroscopic and/or chromatographic fingerprints, chemical assay for characteristic markers, biological assays and DNA barcoding.

For the purposes of our investigation into the purity of the products provided, we used High Performance Thin-Later Chromatography (HPTLC) with Photo-Documentation and DNA barcode analysis; for quality we used High-Performance Liquid Chromatography-Evaporative Light Scattering Detection (Institute for Nutraceutical Advancement (INA) Method 113.001); and for heavy metal testing we used Inductively Coupled Plasma Mass Spectrometry.

**SPECIFICATIONS:**

For the purpose of this report, we have used specification standards from several different sources including:

1.  Purity:

    DNA Barcode Library, New York Botanical Garden; Dennis Wm. Stevenson PhD., Vice President for Botanical Research Editor, Botanical Review; Associate Editor, Blumea; Editor-in-Chief, Cladistics Adjunct Professor at Columbia University, Cornell University, New York University, and Yale University (Appendix 1)

2.  Quality Control:

    Good manufacturing process described by the USP Pharmacists' Pharmacopeia requires that powdered black cohosh contain not less than 0.4 percent of triterpene glycosides calculated as 27-deoxyactein. (Appendix 2).

**TESTING RESULTS:**

(Sample i3-BC-001)

### Nature's Bounty, Black Cohosh, 540 mg. capsule
Serving Size: 1 capsule/daily



_Purity:_ The chromatographic profile of the sample is characteristic of Actaea racemosa L. Ranunculaceae root. DNA barcoding confirms this result.

_Heavy Metal Panel:_  The results show exposure to heavy metals in this sample were 0.41 micrograms/daily dose for lead, 0.065 micrograms/daily dose for Arsenic and Cadmium, and 0.0038 micrograms/daily dose for mercury.

| Heavy Metals Testing Results Wt. of constituent micrograms/day | | | | | |
|---|---|---|---|---|---|
| Sample | | Arsenic | Cadmium | Lead | Mercury |
| i3-BC-001-HM | | 0.065746 | 0.065198 | 0.41091 | 0.003835 |
| | | | | | |

_Quality Control:_ The quantitative analysis of this sample indicates there is 1.27 mg of 27-deoxyactein per capsule, and 8.88 mg of total triterpene glycosides per capsule. The results do not meet USP requirements as it contains only 0.23% triterpene glycosides calculated as 27-deoxyactein.

# Lab Report

Sample i3-BC-001

**Certificate Issued To:**

# i3 Engineering Sciences LLC
# 122 Criscon
# Daniels, WV 25832
# USA

Page 7



Work performed at:

**Alkemist Labs**
1260 Logan Ave B2
Costa Mesa, CA 92626
714-754-HERB (4372)
714-668-9972 (FAX)
E-mail: sales@alkemist.com
Web Site: www.alkemist.com

**Certificate of Analysis:** **Nature's Bounty, Black Cohosh, 540 mg capsule (i3-BC-001-ID)**
**High Performance Thin-Layer Chromatography with Photo-Documentation**

1                                                    2





| | |
|---|---|
| Company Name: | i3 Engineering Sciences LLC |
| Title: | Nature's Bounty, Black Cohosh, 540 mg capsule |
| Plant Part: | root |
| Sample Received: | 1/30/2015 |
| Sample Description: | Clear Reclosable Plastic Bag |
| Form of Botanical: | capsule powder |
| Appearance: | 2 piece capsule with brown powder |
| Lot : | (i3-BC-001-ID) → Lane 5(2µl) |
| Sample : | FA03015IES1_1 |
| Latin Name: | Actaea racemosa L. [Ranunculaceae] |
| Reference Sample : | Lane 1(2µl) (ADX04707CHR) Actaea dahurica (root); Lane 2(2µl) (FA10604AHP) Actaea racemosa (rhizome); Lane 3(2µl) (FA16710SSI) Actaea racemosa (root); Lane 6(2µl) (ABN18006AP) Actaea cimicifuga (root); Lane 7(2µl) (MX18607CHR) Actaea podocarpa (root & rhizome); Lane 8(2µl) (VR10505SWH) Actaea heracleifolia / Sheng Ma (root); authenticated by macroscopic, microscopic &/or TLC studies according to the reference source cited below, held at Alkemist Labs, Costa Mesa, CA. |
| Analyst: | JN, ML, JK, CB 52449 |
| Sample Prep: | 0.3g+3mL 70% grain EtOH sonicate/heat @~50° C ~ 1/2 hr |
| Stationary Phase: | Silica gel 60, F₂₅₄ HPTLC plates |
| Mobile Phase: | toluene: ethyl formate: HCOOH [5/3/2] |
| Detection: | (1) 10% Ethanolic $H_2SO_4$ → 120° C 10 min → visible light<br>(2) 10% Ethanolic $H_2SO_4$ → 120° C 10 min → UV 365 nm |
| Reference Source: | Method Developed by Alkemist Labs<br>SOP-700-0001-R3 |

**Comments & Conclusions:** Yellow line = sample origin @ 10mm, red line = solvent front @ 70mm. Lane 5 is the test sample Nature's Bounty, Black Cohosh, 540 mg capsule (i3-BC-001-ID). Lanes 1, 2, 3, 6, 7, 8 are the authenticated reference samples used for comparison. This test sample, Nature's Bounty, Black Cohosh, 540 mg capsule (i3-BC-001-ID), is consistent with the chromatographic profile of the reference samples of Actaea racemosa L. [Ranunculaceae], used above. **This test sample, Nature's Bounty, Black Cohosh, 540 mg capsule (i3-BC-001-ID) is characteristic of Actaea racemosa L. [Ranunculaceae] root.**
*NOTE: The above conclusion may be a function of the natural variance found in botanicals &/or the extraction process used to create specific extracts. The growing and drying conditions, age, seasonal variations, geographic location, extraction solvents, etc. all play a role in the phytochemical fingerprint of botanicals as well as their extracts; hence, chromatographic variations are expected.*



Sandy Sudberg
Laboratory Supervisor

Digitally signed by Sandy Sudberg
DN: cn=Sandy Sudberg,
o=Alkemist Laboratories, ou,
email=sandy@alkemist.com, c=US
Date: 2015.02.06 15:30:21 -08'00'

Examined, Reviewed & Authorized by: Sandy Sudberg, Senior Data Analyst, Alkemist Labs          Report Date: 2/5/2015

Note: Any unidentified lanes in the above chromatograms are confidential and may represent internal studies or other test samples not related to i3-BC-001-ID.
This report applies to the sample investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products. This report is for the exclusive use of the party who requested the report and not for public dissemination or use by third parties, including for promotional purposes, without the prior written permission of Alkemist Pharmaceuticals, Inc. This report provides technical results for a specific sample and the report shall not be altered, modified, supplemented or abstracted in any manner. Any violation of these conditions renders the report and its results void. © 2015 Alkemist Labs, Inc. All Rights Reserved



# THE NEW YORK BOTANICAL GARDEN

April 21, 2015

Jeff McFadden
i3 Engineering Sciences LLC
Principal Engineer
Rochester, NY
Daniels, WV

<span style="color:red">Please note:
The sample of interest ,
Nature's Bounty Black
Cohosh is referred to as
# 1 in this report.</span>

Dear Jeff,

I am writing this letter to inform you that samples 1, 2, 3, and 5 test positively for Actea racemosa, Black Cohosh, with a 100% match to the DNA Barcode for that spoecies.  We need another run of sequencing for the liquid sample 4 because the DNA extraction is more difficult with a low yield so we need to concentrate the DNA. I will have the results of another run next week.

Yours sincerely,

Dennis Wm. Stevenson PhD.,
Vice President for Botanical Research
Editor, *Botanical Review*; Associate Editor, *Blumea*; Editor-in-Chief, *Cladistics*
Adjunct Professor at Columbia University, Cornell University,
          New York University, and Yale University

---

# CERTIFICATE OF REVIEW

 

ALKEMIST
LABS

1260 LOGAN AVE. #B2 COSTA MESA, CA 92626 | P. 714-754-4372 | F. 714-668-9972 | WWW.ALKEMIST.COM

**Client:** i3 Engineering Sciences LLC
122 Criscon
Daniels WV 25832

**Title:** Subcontract
**Sample Name:** Nature's Bounty, Black Cohosh, 540 mg capsule
**Client Lot #:** i3-BC-001-AA
**Client PO #:**
**Alkemist ID #:** FA03015IES2_2

**Received:** 01/30/15
**Reported:** 02/25/15

---

## Analytical Services

**Subcontractor:** Eurofins Petaluma
1365 Redwood Way
Petaluma CA 94954

http://www.eurofinsus.com/

**Analytical Report(s):** See Attached Report
**Compliance** non GMP
**Comment(s):** *The methods utilized in this report have not been verified or validated*

## Report Review

Signature:

Rachel Erskine
Global Sales Coordinator

Digitally signed by
Rachel Erskine
DN: cn=Rachel Erskine,
o=Alkemists Labs, ou,
email=rachel@alkemist
.com, c=US
Date: 2015.03.16
10:27:04 -07'00'

## Disclaimer

Alkemist Labs, with prior written consent from Sponsor, subcontracted the Analytical Services identified above to a third-party laboratory (hereafter the "Subcontractor") in order to meet the Sponsor's testing needs. Unless the Sponsor timely requested a specific Subcontractor where the Sponsor desires Analytical Services to be performed, and Alkemist Labs has accepted that request, Alkemist Labs may have performed the Analytical Services for the Sponsor at another Subcontractor that has either the same licenses, regulatory compliance standards and/or certifications as Alkemist Labs or that has been audited by Alkemist Labs by way of either a formal on-site audit or paper audit. Alkemist Labs maintains such audit reports on file and such reports can be provided to Sponsor upon request. All warranty disclaimers, limitations of liability, and other restrictions shall apply to any test results and/or other Analytical Services rendered to Sponsor by Subcontractors on behalf of Alkemist Labs, the same as if they were those rendered by Alkemist Labs. Alkemist Labs hereby warrants the official review of the only attached report(s) and/or associated data for its' entirety and completeness, provided by the Subcontractor for the specified Analytical Services requested by the Sponsor and makes no determination, interpretation or claim as to the representation or use of such reports(s) and/or associated data.

 **Supplement Analysis Center**

Eurofins Scientific Inc.
Supplement Analysis Center
1365 Redwood Way
Petaluma, CA 94954
Tel.+1 707 792 7300
Fax:+1 707 792 7309

March 16, 2015

Rachel Erskine
Alkemists Labs
1260 Logan Avenue
#B-3
Costa Mesa, CA 92626

## CERTIFICATE OF ANALYSIS

AR-15-KK-003645-02

Batch #: EUCAPE-00066438

*This analytical report supersedes AR-15-KK-003645-01.*

**Sample Identification:**

|  |  |
|---|---|
| Sample #: | 740-2015-00002481 |
| Description: | Nature's Bounty, Black Cohosh, 540mg Capsule, Lot #FA03015IES2_2:i3-BC-001-AA |
| Condition: | Capsules filled with brown powder in a ziplock bag received at room temperature. |
| Date Received: | February 09, 2015 |

---

**K0178: Triterpene Glycosides in Black Cohosh (HPLC)**

**Method Reference:** INA 113.001

**Completed:** 02/25/2015

| | Result | Theoretical Level |
|---|---|---|
| Cimiracemoside F | 0.817 mg/Capsule | |
| Epi-actein | 0.490 mg/Capsule | |
| Unknown Peak 1 | 0.488 mg/Capsule | |
| Unknown Peak 2 | 0.519 mg/Capsule | |
| 26-deoxycimifigoside and cimiracemoside A | 0.725 mg/Capsule | |
| Actein | 1.16 mg/Capsule | |
| 27-deoxyactein | 1.27 mg/Capsule | |
| Acetyl Shengmanol Xyloside | 1.17 mg/Capsule | |
| Cimiracemoside C + E | 0.992 mg/Capsule | |
| Cimicifugoside | 1.25 mg/Capsule | |
| Total Triterpene Glycosides | 8.88 mg/Capsule | NLT 1.0 mg/capsule |

---

**KK130: Average content weight**

**Method Reference:** N/A

**Completed:** 02/25/2015

| | Result | Theoretical Level |
|---|---|---|
| Average content weight | 547.88 mg/Capsule | |

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf

# Certificate of Review

 

**LABS**

*1260 Logan Ave. #B2 Costa Mesa, CA 92626 | p. 714-754-4372 | f. 714-668-9972 | www.alkemist.com*

| | | | |
|---|---|---|---|
| **Client:** | i3 Engineering Sciences LLC | **Title:** | Subcontract |
| | 122 Criscon | **Sample Name:** | Nature's Bounty, Black Cohosh, 540 mg |
| | Daniels WV 25832 | | capsule |
| | | **Client Lot #:** | i3-BC-001-HM |
| | | **Client PO #:** | |
| | | **Alkemist ID #:** | JAY04015IES1_1 |
| **Received:** | 02/09/15 | | |
| **Reported:** | 02/24/15 | | |

## Analytical Services

**Subcontractor:** Silliker
6360 Gateway Dr.
Cypress CA 90630

Analytical Report(s): See Attached Report
Compliance non GMP
Comment(s): *The methods utilized in this report have not been verified or validated*

## Report Review

Signature:

## Disclaimer

Alkemist Labs, with prior written consent from Sponsor, subcontracted the Analytical Services identified above to a third-party laboratory (hereafter the "Subcontractor") in order to meet the Sponsor's testing needs. Unless the Sponsor timely requested a specific Subcontractor where the Sponsor desires Analytical Services to be performed, and Alkemist Labs has accepted that request, Alkemist Labs may have performed the Analytical Services for the Sponsor at another Subcontractor that has either the same licenses, regulatory compliance standards and/or certifications as Alkemist Labs or that has been audited by Alkemist Labs by way of either a formal on-site audit or paper audit. Alkemist Labs maintains such audit reports on file and such reports can be provided to Sponsor upon request. All warranty disclaimers, limitations of liability, and other restrictions shall apply to any test results and/or other Analytical Services rendered to Sponsor by Subcontractors on behalf of Alkemist Labs, the same as if they were those rendered by Alkemist Labs. Alkemist Labs hereby warrants the official review of the only attached report(s) and/or associated data for its' entirety and completeness, provided by the Subcontractor for the specified Analytical Services requested by the Sponsor and makes no determination, interpretation or claim as to the representation or use of such reports(s) and/or associated data.



**SILLIKER, Inc.**
**Southern California Laboratory**
6360 Gateway Drive, Cypress, CA  90630
209/ 549 7508  Fax 714/ 226 0009

### CERTIFICATE OF ANALYSIS

| COA No: | SCA-37782087-0 |
|---|---|
| Supersedes: | None |
| COA Date | 2/23/15 |
| Page 1 of 1 | |

| **COPY TO:** | **ORIGINAL TO:** |
|---|---|
| Mr. Chris Lozano | Mr. Bryan Fine |
| Alkemists Labs | Account Manager |
| 1260 Logan Ave, Suite B2 | Alkemists Labs |
| Costa Mesa, CA 92626 | 1260 Logan Ave, Suite B2 |
| | Costa Mesa, CA 92626 |

| Received From: | Costa Mesa, CA |
|---|---|
| Received Date: | 2/16/15 |
| P.O.# / ID: | 4151 |
| **Location of Test: (except where noted)** | |
| Cypress, CA | |

---

## Analytical Results

| Desc. 1: | JAY04015IES1_1:i3-BC-001-HM | Laboratory ID: | 351462990 |
|---|---|---|---|
| Desc. 2: | Nature's Bounty, Black Cohosh, 540mg | Condition Rec'd: | NORMAL |
| Desc. 3: | Capsule | Temp Rec'd (°C): | 22.0 |

| Analyte | Result | Units | Method Reference | Test Date | Loc. |
|---|---|---|---|---|---|
| ICP MS Heavy Metals (4 analytes) | | | EPA 3050/6020 USP730 | 2/23/15 | BRN |
| Arsenic | 0.12 | ppm (w/w) | | | |
| Cadmium | 0.119 | ppm (w/w) | | | |
| Lead | 0.75 | ppm (w/w) | | | |
| Mercury | 0.007 | ppm (w/w) | | | |

*Jorge Hernandez*

Jorge Hernandez                                    Laboratory Director

**Noted Test Locations:**   BRN-Silliker, JR Laboratories, 12-3871 North Fraser Way, Burnaby, BC  V5J 5G6

Results reported herein are provided "as is" and are based solely upon samples as provided by client. This report may not be distributed or reproduced except in full. Client shall not at any time misrepresent the content of this report. Silliker assumes no responsibility, and client hereby waives all claims against Silliker, for interpretation of such results.

Except as otherwise stated, Silliker, Inc. Terms and Conditions for Testing Services apply.

# Appendix 1

# DNA BARCODING
# THE NEW YORK BOTANICAL GARDEN FOREST:
# A FLORISTIC APPROACH
# TO IDENTIFYING A DNA BARCODE FOR PLANTS

## *INTRODUCTION*

The familiar back and white "barcode" label that is present on virtually all commercially sold products was developed as the "universal product code system (UPC)." This pattern of black lines on a white background, with various possibilities at each position, allows for billions of alternative products to be uniquely identified and tracked. In the same manner, a short segment of DNA sequence composed of varying patterns of A,C,G,T nucleotides should be able to identify different species of organism from one another. Potential applications of DNA barcodes are numerous. The Consortium for the Barcode of Life has created a pamphlet entitled *Barcoding Life: Ten Reasons. Among these are that a DNA barcode can 1) identify an organism from only a small fragment of tissue rather than requiring the entire organism; 2) works at all stages of life, from seed to adult; 3) unmasks look-alike species; 4) demonstrates the value of natural history collections; and 5) optimistically opens the ways for a handheld "Life Barcoder" that could be carried into the field in the future. The Consortium for the Barcode of Life (CBOL) is an international assemblage of scientists from universities, museums, botanical gardens, zoos, and similar organizations who are interested in cataloging all of Earth's biodiversity with a DNA barcode. The New York Botanical Garden has been a member of the consortium from its founding. Dr. Barbara Thiers, Director of the Botanical Garden's William and Lynda Steere Herbarium, and Dr. Dennis Stevenson, Vice President for Laboratory Science, attended the first meeting of the consortium in Washington, DC in 2004. Dr. Kenneth Cameron, Director of The Lewis B. and Dorothy Cullman Program for Molecular Systematics Studies, together with Dr. Stevenson subsequently attended the second meeting in London, where Dr. Cameron became directly involved with the Plant Working Group of the CBOL. Dr.



Cameron serves as one of a dozen Principal Investigators from around the world who are working together on the CBOL Plant Working Group's endeavor to identify an appropriate plant DNA barcode by January 2007. That project's funding was provided equally by the Alfred P. Sloan Foundation and the Gordon and Betty Moore Foundation.

## DNA Barcoding The New York Botanical Garden Forest

In parallel with the CBOL Plant Working Group's endeavor, the Botanical Garden was awarded a grant by the Alfred P. Sloan Foundation to carry out a floristically-oriented proof of principle project, complementary to the CBOL's phylogenetically-oriented project.

The proposed project entails DNA barcoding every species of vascular plant native or naturalized within the 50-acre Forest of The New York Botanical Garden. Dr. Michael Nee, Associate Curator in the Institute of Systematic Botany, has prepared a checklist of these plants (approximately 343 species in 246 genera from 98 families are still extant), which represent an 8% subset of all species within the Gleason and Cronquist Manual of Northeastern United States and Adjacent Canada. Dr. Nee's The Native and Naturalized Flora of The New York Botanical Garden includes all native and naturalized plants growing on the grounds of the New York Botanical Garden. This unpublished checklist is based mainly on the observations of during the years 1991-1994, plus

# Appendix 2



**2008–2009**

# USP

# PHARMACISTS'

# PHARMACOPEIA

## 2 | SUPPLEMENT

### Pharmacists' Pharmacopeia

#### SECOND EDITION



U.S. PHARMACOPEIA
*The Standard of Quality*[SM]

# Section 8

# Dietary Supplement Monographs and General Chapters

*T*his section provides abridged versions of monographs for dietary supplement ingredients and products. These monographs are followed by selected dietary supplement general chapters related to the practice of pharmacy.

In 1994, the U.S. Congress enacted the Dietary Supplement Health and Education Act (DSHEA). Its importance to the profession of pharmacy has been acknowledged by the National Association of Boards of Pharmacy (NABP), which added a competency statement related to dietary supplements to the updated North American Pharmacist Licensure Examination (NAPLEX) blueprint. NABP has noted that the *USP* is the official compendia for dietary supplement standards. Although USP standards are referenced in DSHEA and by NABP, manufacturer conformance is optional.

# Section Contents

Powdered Bilberry Extract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S2/72

Black Cohosh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S2/72

Black Cohosh Fluidextract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S2/72

Powdered Black Cohosh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S2/72

Powdered Black Cohosh Extract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S2/72

Black Cohosh Tablets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S2/72

Chamomile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S2/72

Glucosamine Hydrochloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S2/73

Powdered Decaffeinated Green Tea Extract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S2/73

⟨2030⟩ Supplemental Information for Articles of Botanical Origin . . . . . . . . . . S2/73

© 2008 USP

## Powdered Bilberry Extract

» Powdered Bilberry Extract is prepared from the ripe fruits of *Vaccinium myrtillus* L. (Fam. Ericaceae) using suitable solvents such as alcohol, methanol, or water or mixtures of these solvents. The ratio of the starting plant material to Powdered Extract is between 153:1 and 76:1. It contains not less than 36.0 percent of anthocyanosides, calculated as cyanidin-3-O-glucoside chloride, and not more than 1.0 percent of anthocyanidins, calculated as cyanidin chloride; both are calculated on the anhydrous basis.

**Packaging and storage**—Preserve in well-closed containers, protected from light and moisture, and store at controlled room temperature.
**Labeling**—The label states the Latin binomial and, following the official name, the part of the plant contained in the article. It meets other labeling requirements under *Botanical Extracts* ⟨565⟩.

## Black Cohosh

» Black Cohosh consists of the dried rhizome and roots of *Actaea racemosa* L. [*Cimicifuga racemosa* (L.) Nutt.] (Fam. Ranunculaceae). It is harvested in the summer. It contains not less than 0.4 percent of triterpene glycosides, calculated as 23-*epi*-26-deoxyactein* ($C_{37}H_{56}O_{10}$) on the dried basis.

*23-*epi*-26-deoxyactein is sometimes referred to as 27-deoxyactein.

**Packaging and storage**—Preserve in a well-closed, light-resistant container. Protect from moisture, and store at room temperature.
**Labeling**—The label states the Latin binomial and, following the official name, the parts of the plant contained in the article. Dosage forms prepared with this article should bear the following statement: Discontinue use and consult a healthcare practitioner if you have a liver disorder or develop symptoms of liver trouble, such as abdominal pain, dark urine, or jaundice.
**Loss on drying** ⟨731⟩—Dry it at 105° for two hours: it loses not more than 12.0% of its weight.

## Black Cohosh Fluidextract

» Black Cohosh Fluidextract is prepared from Black Cohosh by extraction with hydroalcoholic mixtures or isopropanol–water mixtures. Each mL contains the extracted constituents of 1 g of the plant material. It contains not less than 90.0 percent and not more than 110.0 percent of the labeled amount of triterpene glycosides, calculated as 23-*epi*-26-deoxyactein ($C_{37}H_{56}O_{10}$).

**Packaging and storage**—Preserve in tight, light-resistant containers, and store in a cool place.
**Labeling**—It meets the requirements for *Labeling* under *Botanical Extracts* ⟨565⟩. Label it to indicate the content, in percentage, of triterpene glycosides, calculated as 23-*epi*-26-deoxyactein. Dosage forms prepared with this article should bear the following statement: Discontinue use and consult a healthcare practitioner if you have a liver disorder or develop symptoms of liver trouble, such as abdominal pain, dark urine, or jaundice.

## Powdered Black Cohosh

» Powdered Black Cohosh is Black Cohosh reduced to a powder or a very fine powder. It contains not less than 0.4 percent of triterpene glycosides, calculated as 23-*epi*-26-deoxyactein ($C_{37}H_{56}O_{10}$) on the dried basis.

**Packaging and storage**—Preserve in well-closed, light-resistant containers, and protect from moisture.

**Labeling**—The label states the Latin binomial and, following the official name, the parts of the plant from which the article was derived. Dosage forms prepared with this article should bear the following statement: Discontinue use and consult a healthcare practitioner if you have a liver disorder or develop symptoms of liver trouble, such as abdominal pain, dark urine, or jaundice.

## Powdered Black Cohosh Extract

» Powdered Black Cohosh Extract is prepared from Black Cohosh by extraction with hydroalcoholic mixtures or other suitable solvents. It contains not less than 90.0 percent and not more than 110.0 percent of the labeled amount of triterpene glycosides, calculated as 23-*epi*-26-deoxyactein ($C_{37}H_{56}O_{10}$) on the dried basis.

**Packaging and storage**—Preserve in tight, light-resistant containers, and store in a cool place.
**Labeling**—It meets the requirements for *Labeling* under *Botanical Extracts* ⟨565⟩. Label it to indicate the content of triterpene glycosides, in percentage, calculated as 23-*epi*-26-deoxyactein. Dosage forms prepared with this article should bear the following statement: Discontinue use and consult a healthcare practitioner if you have a liver disorder or develop symptoms of liver trouble, such as abdominal pain, dark urine, or jaundice.
**Loss on drying** ⟨731⟩:    not more than 5.0%.

## Black Cohosh Tablets

» Black Cohosh Tablets contain Powdered Black Cohosh Extract or Black Cohosh Fluidextract. Tablets contain not less than 90.0 percent and not more than 110.0 percent of the labeled amount of Powdered Extract or Fluidextract, represented by the content of triterpene glycosides, calculated as 23-*epi*-26-deoxyactein ($C_{37}H_{56}O_{10}$).

**Packaging and storage**—Preserve in tight, light-resistant containers, and store at room temperature.
**Labeling**—The label states the Latin binomial and, following the official name, the article from which the Tablets were prepared. The label also indicates the amount, in mg per Tablet, of Powdered Extract or Fluidextract; the solvents used to prepare the Powdered Extract or Fluidextract; and the ratio of starting crude plant material to Powdered Extract or Fluidextract. Label it to indicate the content, in percentage, of triterpene glycosides as 23-*epi*-26-deoxyactein in the Powdered Extract or Fluidextract used to prepare the Tablets. The label bears the following statement: Discontinue use and consult a healthcare practitioner if you have a liver disorder or develop symptoms of liver trouble, such as abdominal pain, dark urine, or jaundice.

## Chamomile

» Chamomile consists of the dried flower heads of *Matricaria recutita* Linné (*Matricaria chamomilla* Linné, *Matricaria chamomilla* Linné var. *courrantiana, Chamomilla recutita* Linné) Rauschert (Fam. Asteraceae alt. Compositae). It contains not less than 0.4 percent of blue volatile oil, not less than 0.3 percent of apigenin-7-glucoside, and not less than 0.15 percent of bisabolane derivatives, calculated as levomenol.

**Packaging and storage**—Preserve in well-closed containers, protected from light.
**Labeling**—The label states the Latin binomial and, following the official name, the part of the plant contained in the article.

Official text. Reprinted from *USP 31–NF 26*.

SECTION 8, DIETARY SUPPLEMENT MONOGRAPHS AND GENERAL CHAPTERS    S2/72