## CIVIL MINUTE ENTRY

|  |  |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | March 22, 2017 |
| **TIME:** | 10:30 a.m. |
| **DOCKET NUMBER(S):** | **CV 15-4199 (MKB)** |
| **NAME OF CASE(S):** | Sitt v. Nature's Bounty, Inc. et al |
| **FOR PLAINTIFF(S):** | **Lipari, Sultzer and Ginelli** |
| **FOR DEFENDANT(S):** | **Wade and Fields** |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENVE AT 10:00 AM ON AUGUST 17, 2017** |
| **FTR/COURT REPORTER:** | **10:33-10:38; 10:52-11:00** |

**RULINGS STATUS CONFERENCE:**

As discussed on the record today, plaintiff will file an amended complaint naming a new putative class representative by March 23, 2017.  The new plaintiff will be deposed by May 30, and defendants will be deposed by July 30.  The parties will attempt to agree upon a payment to defendants representing the amount of fees incurred as a result of plaintiff Sitt's decision not to proceed, and will present any dispute over the amount of fess they are unable to resolve themselves to the Court to decide.

THE COURT WILL HOLD A STATUS CONFERENVE AT 10:00 AM ON AUGUST 17, 2017.  Counsel shall be prepared to set a schedule for briefing of all anticipated motions, including any motion for class certification or summary judgment.