# EXHIBIT B

# WINSTON & STRAWN LLP

100 North Tryon Street, Floors 28 & 29
Charlotte, NC  28202
TAX ID NO. 36-1975990

The Nature's Bounty Co.
Christine McInerney
Deputy General Counsel
2100 Smithtown Avenue
Ronkonkoma, NY 11779

| | |
|---|---|
| Invoice No. | 2530145 |
| Invoice Date | 12/14/16 |
| Client Matter No. | 150098.00007 |

For Legal Services Rendered Through November 30, 2016 In Connection With:
**00007 Carolyn Sitt**
15666

| Date | Attorney/Other Prof | Hours | Description |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | | ▮▮▮▮▮▮▮ |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

**00007 Carolyn Sitt**
**15666**

Invoice No.          2530145
Invoice Date      12/14/16
Page No.                    2

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|



11/16/16   J. Wade   0.40   Communication re deposition scheduling; draft amended deposition notice

11/22/16   K. Howard   1.00   Research utilizing WestlawNext, Courthouse News and general Internet searching to identify and retrieve prior lawsuit information re plaintiff Carolyn Sitt and/or husband Eddie Sitt; requested by S. Obi

The Nature's Bounty Co.

Invoice No.  2530145
Invoice Date  12/14/16
Page No.  3

**00007 Carolyn Sitt**
**15666**

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| 11/23/16 | K. Howard | 0.30 | Research utilizing WestlawNext, Courthouse News and general Internet searching to identify and retrieve prior lawsuit information re plaintiff Carolyn Sitt and/or husband Eddie Sitt |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| 11/28/16 | S. Obi | 0.30 | Background research re plaintiff Carolyn Sitt |
| 11/28/16 | J. Wade | 1.40 | Research and preparation re plaintiff deposition; confer with counsel re scheduling issues |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

| | |
|---|---|
| Invoice No. | 2530145 |
| Invoice Date | 12/14/16 |
| Page No. | 4 |

**00007 Carolyn Sitt**
**15666**



11/30/16    J. Wade    2.10    Meet and confer with Plaintiff re deficient discovery responses; draft joint status report; research re Plaintiff deposition



### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| J. Wade | | 600.00 | |
| S. Obi | | 450.00 | |
| K. Howard | | 200.00 | |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No.      2530145
Invoice Date      12/14/16
Page No.      5

**00007 Carolyn Sitt**
**15666**



# WINSTON & STRAWN LLP

100 North Tryon Street, Floors 28 &
29
Charlotte, NC  28202
TAX ID NO. 36-1975990

The Nature's Bounty Co.
Christine McInerney
Deputy General Counsel
2100 Smithtown Avenue
Ronkonkoma, NY 11779

| | |
|---|---|
| Invoice No. | 2533875 |
| Invoice Date | 01/09/17 |
| Client Matter No. | 150098.00007 |

For Legal Services Rendered Through December 31, 2016 In Connection With:
**00007 Carolyn Sitt**
15666

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| 12/02/16 | J. Wade | 3.40 | Research and draft Plaintiff deposition outline; ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| 12/05/16 | J. Wade | 0.90 | Confer with counsel re Plaintiff's discovery deficiencies; preparation for upcoming depositions |
| ███ | ███ | ███ | ███ |
| 12/06/16 | A. Groves | 0.70 | Review and revise draft deposition outline; review order from court re discovery report |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No. 2533875
Invoice Date 01/09/17
Page No. 2

**00007 Carolyn Sitt**
**15666**

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| 12/06/16 | J. Wade | 1.20 | Preparation re Plaintiff deposition |
| 12/07/16 | A. Groves | 0.20 | Strategy re deposition issues |
| ███ | ███ | ███ | ███ |
| 12/07/16 | J. Wade | 1.10 | Confer re discovery deficiencies and canceled Plaintiff deposition; draft summary re same; ███ ███ |
| 12/08/16 | A. Groves | 0.20 | Strategy re discovery dispute and report |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| 12/12/16 | A. Groves | 0.10 | Team emails re discovery strategy; review draft report |
| 12/12/16 | J. Wade | 0.60 | Draft joint status report on discovery issues |
| ███ | ███ | ███ | ███ |
| 12/14/16 | J. Wade | 2.20 | Confer with opposing counsel re joint letter and draft revisions re same; confer with client re comments on joint report; ███ ███ revise joint report re client comments |
| ███ | ███ | ███ | ███ |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No.     2533875
Invoice Date    01/09/17
Page No.       3

**00007 Carolyn Sitt**
**15666**

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| 12/19/16 | A. Groves | 0.20 | Discuss deposition strategy with client and J. Wade |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| 12/19/16 | J. Wade | 0.20 | Confer with A. Groves re discovery status and strategy |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |
| ██████ | ██████ | | ████████████████████ |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No.    2533875
Invoice Date    01/09/17
Page No.    4

**00007 Carolyn Sitt**
**15666**

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| 12/23/16 | J. Wade | 0.30 | Confer with counsel re discovery issues |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |

**Total Hours** ███

**Total for Legal Services** ███

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No. 2533875
Invoice Date 01/09/17
Page No. 5

**00007 Carolyn Sitt**
**15666**

## Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| A. Groves | | 600.00 | |
| J. Wade | | 600.00 | |



**Total Attorney/Other Prof**



# WINSTON & STRAWN LLP

100 North Tryon Street, Floors 28 &
29
Charlotte, NC  28202
TAX ID NO. 36-1975990

The Nature's Bounty Co.                           Invoice No.              2539300
Christine McInerney                               Invoice Date             02/27/17
Deputy General Counsel                      Client Matter No.         150098.00007
2100 Smithtown Avenue
Ronkonkoma, NY 11779

For Legal Services Rendered Through January 31, 2017 In Connection With:
**00007 Carolyn Sitt**
15666

| Date | Attorney/Other Prof | Hours | Description |
|------|---------------------|-------|-------------|
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ████████ |
| 01/11/17 | A. Groves | 0.20 | Strategy re deposition issues and upcoming conference |
| ███ | ███ | ███ | ████████ |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

**00007 Carolyn Sitt**
**15666**

| Date | Attorney/Other Prof | Hours | Description |
|------|--------------------|-------|-------------|
| | | | |
| 01/12/17 | J. Wade | 1.80 | Preparation for upcoming discovery conference; ███; draft correspondence re same |
| 01/13/17 | A. Groves | 0.20 | Confer with J. Wade re discovery conference strategy |
| 01/13/17 | J. Wade | 6.00 | ███ preparation and attendance for court mandated discovery conference; meet and confer with opposing counsel re open discovery issues |



### Timekeeper Summary



| Attorney/Other Prof | Hours | Rate | Fees Billed |
|--------------------|-------|------|-------------|
| A. Groves | | 600.00 | |
| J. Wade | | 600.00 | |

**Total Attorney/Other Prof**

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No. 2539300
Invoice Date 02/27/17
Page No. 3

**00007 Carolyn Sitt**
**15666**



# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No. 2539300
Invoice Date 02/27/17
Page No. 4

**00007 Carolyn Sitt**
**15666**



# WINSTON & STRAWN LLP

100 North Tryon Street, Floors 28 &
29
Charlotte, NC  28202
TAX ID NO. 36-1975990

The Nature's Bounty Co.                     Invoice No.            2548800
Christine McInerney                         Invoice Date           04/28/17
Deputy General Counsel                      Client Matter No.      150098.00007
2100 Smithtown Avenue
Ronkonkoma, NY 11779

For Legal Services Rendered Through March 31, 2017 In Connection With:
**00007 Carolyn Sitt**
15666

| Date | Attorney/Other Prof | Hours | Description |
|------|--------------------|-------|-------------|
| 02/03/17 | J. Wade | 0.10 | Communication with counsel re deposition scheduling |
| 02/06/17 | J. Wade | 0.10 | Communication with counsel re deposition scheduling |
| 02/08/17 | J. Doran | 0.30 | Arrange with Esquire court reporter and videographer for the February 15, 2017 deposition of Carolyn Sitt |
| 02/09/17 | J. Wade | 1.30 | Preparation re upcoming Plaintiff deposition; review and analyze Complaint re same; communication with counsel re scheduling |
| 02/10/17 | J. Wade | 0.80 | Preparation re upcoming Plaintiff deposition |
| 02/13/17 | J. Wade | 2.70 | Preparation re Plaintiff deposition; review and revise proposed exhibits re same |
| 02/14/17 | J. Doran | 0.20 | Arrange with Esquire Services the cancellation of Carolyn Sitt deposition |
| 02/14/17 | A. Groves | 1.60 | Review and analyze deposition cancelation issues; assign research re same and review results; emails with client re same; telephone conference with client re same; follow up emails re same |

The Nature's Bounty Co.

Invoice No. 2548800
Invoice Date 04/28/17
Page No. 2

**00007 Carolyn Sitt**
**15666**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/14/17 | B. Hill | 3.30 | Research and analyze case law and local rules re recovery of fees and costs in connection with preparation and attendance at canceled deposition; summarize research results; correspondence with A. Groves, J. Wade re same |
| ███ | ███ | ███ | ███ |
| 02/14/17 | J. Wade | 0.90 | Conferences and analysis re Plaintiff's deposition cancellation; confer with client re same; confer with opposing counsel re same |
| 02/15/17 | S. Ahmad | 5.70 | Attend to research re possible dismissal due to sanctions; research ability to get fees re missing deposition; confer and advise with J. Wade re same; review research by B. Hill and advise re same |
| 02/15/17 | B. Hill | 1.20 | Review court and local rules re procedure for requesting a hearing and filing a motion for sanctions; correspondence with A. Groves, J. Wade re same |
| 02/15/17 | J. Wade | 0.50 | Draft letter to J. Gold re discovery violations |
| 02/16/17 | S. Ahmad | 2.70 | Draft email summary to client regarding research and recommendation re terminating sanctions substituting the named plaintiff |
| 02/16/17 | A. Groves | 0.20 | Review discovery dispute status and issues |
| 02/16/17 | J. Wade | 0.70 | Research and analysis re sanctions request; confer with C. McInerney re same |
| 02/17/17 | S. Ahmad | 4.80 | Follow-up research and draft letter motion to Court; confer with J. Wade re same |
| 02/17/17 | A. Groves | 0.30 | Strategy re sanctions and motion issues; discuss same with J. Wade |
| 02/17/17 | J. Wade | 0.60 | Analysis re sanctions request; draft emails and confer with A. Groves re same |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No.      2548800
Invoice Date      04/28/17
Page No.      3

**00007 Carolyn Sitt**
**15666**

| | | | |
|---|---|---|---|
| 02/19/17 | S. Ahmad | 0.30 | Incorporate J. Wade edits to letter and send to A. Groves for review |
| 02/19/17 | A. Groves | 0.30 | Review draft motion letter; team emails re strategy for sme |
| 02/19/17 | J. Wade | 1.10 | Review and revise sanctions letter motion; ██ ███████████████████ |
| 02/21/17 | S. Ahmad | 0.40 | Edits and revisions to letter for sanctions; communication to client re same |
| 02/21/17 | L. Lerner | 0.40 | Electronically file in United States District Court for Eastern District of New York Letter motion for sanctions re: request for Report and Recommendation to dismiss case and award Defendants attorneys fees and costs for discovery failures |
| ████ | ████████ | ████████████████████ | |
| 02/21/17 | J. Wade | 0.90 | Meet and confer with opposing counsel re sanctions request and proposed amendment; revise letter motion in preparation for filing |
| 02/22/17 | J. Wade | 0.70 | Review and analysis re Plaintiff's letter motion for amendment; review proposed amended complaint |
| 02/24/17 | S. Ahmad | 2.50 | Finalize first draft of opposition to letter motion for leave; research re same |
| 02/27/17 | S. Ahmad | 0.50 | Edits and revisions to letter opposing leave |
| 02/27/17 | A. Groves | 0.10 | Review and revise response letter re motion to amend |
| 02/27/17 | J. Wade | 0.30 | Review and comment on letter response re proposed amendment |
| 02/28/17 | S. Ahmad | 1.00 | Edits, revisions, and finalization of letter to Court opposing leave |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No.      2548800
Invoice Date      04/28/17
Page No.      4

**00007 Carolyn Sitt**
**15666**

| 02/28/17 | A. Groves | 0.30 | Review discovery issues and letter briefs; team emails re same |
| 02/28/17 | L. Lerner | 0.70 | Electronically file in Eastern District of New York and email correspondence with S. Ahmad re Letter Response in Opposition to Letter Motion for pre-motion conference re motion to amend complaint |
| ██████ | ██████ | | ████████████ |
| 02/28/17 | J. Wade | 0.40 | Review and comment on letter response re proposed amendment; confer with S. Ahmad re same |
| ██████ | ██████ | | ████████████ |
| ██████ | ██████ | | ████████████ |
| ██████ | ██████ | | ████████████ |
| ██████ | ██████ | | ████████████ |
| ██████ | ██████ | | ████████████ |
| ██████ | ██████ | | ████████████ |
| ██████ | ██████ | | ████████████ |
| ██████ | ██████ | | ████████████ |
| 03/21/17 | J. Wade | 2.20 | Preparation and travel re upcoming status conference re Plaintiff's request for leave to amend and Defendants' motion for sanctions |
| ██████ | ██████ | | ████████████ |

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

**00007 Carolyn Sitt**
**15666**

Invoice No.      2548800
Invoice Date      04/28/17
Page No.      5

03/22/17     J. Wade          2.60    Prepare for and attend status conference re Plaintiff's request for leave to amend and Defendants' motion for sanctions: █████████

# WINSTON & STRAWN LLP

The Nature's Bounty Co.

Invoice No.      2548800
Invoice Date      04/28/17
Page No.      6

**00007 Carolyn Sitt**
**15666**

## Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| A. Groves | | 600.00 | |
| J. Wade | | 600.00 | |
| S. Ahmad | | 600.00 | |
| B. Hill | | 450.00 | |
| J. Poziopoulos | | 210.00 | |
| J. Doran | | 210.00 | |
| L. Lerner | | 450.00 | |
| **Total Attorney/Other Prof** | | | |



Winston & Strawn LLP
Prebill Number 3350049    05/04/17/11:39:00    Assigned: 13558 Groves, Amanda

150098
00007    The Nature's Bounty Co.
Carolyn Sitt

Currency: U.S. Dollar

150098    The Nature's Bounty Co.
Christine McInerney
Deputy General Counsel
2100 Smithtown Avenue
Ronkonkoma, NY 11779

**00007 Carolyn Sitt**
Matter Info: 15666

| Atty | Date | Hours | Value at Agrd Rate | Value at Std Rate | Description of Services Rendered | Time ID |
|------|------|-------|-------------------|-------------------|----------------------------------|---------|
| S. Ahmad | 04/07/17 | 1.90 | 1,140.00 | | Draft fee demand letter to opposing counsel | |
| A. Groves | 04/07/17 | 0.20 | 120.00 | | Strategy re sanctions issues | |

Winston & Strawn LLP
Prebill Number 3350049 05/04/17/11:39:00 Assigned: 13558 Groves, Amanda
150098
00007

The Nature's Bounty Co.
Carolyn Sitt

| Atty | Date | Hours | Value at Agrd Rate | Value at Std Rate | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|
| J. Wade | 04/08/17 | 1.10 | 660.00 | | Review and revise draft fee request and communication re same | |
| S. Ahmad | 04/17/17 | 1.70 | 1,020.00 | | Attend to drafting of court letter demanding fees; attend to research re form of submission | |
| A. Groves | 04/17/17 | 0.20 | 120.00 | | Review correspondence from opposing counsel; revise draft reply | |
| A. Groves | 04/18/17 | 0.20 | 120.00 | | Emails and strategy re sanctions; revise correspondence to opposing counsel re same | |
| S. Ahmad | 04/20/17 | 0.90 | 540.00 | | Attend to draft letter to court re demand of fees | |
| S. Ahmad | 04/23/17 | 0.90 | 540.00 | | Finalize letter and send to J. Wade for Sitt fees | |
| A. Groves | 04/25/17 | 0.20 | 120.00 | | Telephone conference with opposing counsel and email client re same | |
| S. Ahmad | 04/27/17 | 1.60 | 960.00 | | Prepare bills for fee submission with redactions; edits and revisions to fee application letter | |

Winston & Strawn LLP
Prebill Number 3350049    05/04/17/11:39:00    Assigned: 13558 Groves, Amanda

150098
00007    The Nature's Bounty Co.
     Carolyn Sitt



| Attorney | Rank | Hours | Value at Agrd Rate | Agrd Rate $/hr | Value at Std Rate | Std $/hr |
|---|---|---|---|---|---|---|
| Amanda Groves | Capital Partner | | | 600.00 | | |
| Joanna Wade | Income Partner | | | 600.00 | | |
| Scott Ahmad | Associate | | | 600.00 | | |



Winston & Strawn LLP
Prebill Number     3350049     05/04/17/11:39:00          Assigned: 13558 Groves, Amanda
150098             The Nature's Bounty Co.
00007              Carolyn Sitt

# LANGHAM PLACE

NEW YORK, FIFTH AVENUE

## GUEST FOLIO

Ms. Joanna Clarkesayer Wade
100 N.Tryon St, 29th floor
Charlotte, NC 28202
United States
Winston & Strawn

| | | | | |
|---|---|---|---|---|
| Arrival Date | 02.14.17 | | Cashier | |
| Departure Date | 02.15.17 | | Invoice No. | |
| Room No. | 0713 | | Page No. | 1 of 1 |

| Date | Description | Reference | Debit | Credits |
|---|---|---|---|---|
| 02.14.17 | Cancellation | Late cancellation Fee | 433.81 | |
| 02.14.17 | MasterCard | XXXXXXXXXXX1846XX/XX | | 433.81 |

| | | | |
|---|---|---|---|
| Total Amount | | 433.81 | 433.81 |
| Balance Due | | 0.00 | |
| Guest Signature | | | |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay the full amount or any part of these charges within a reasonable period.

150098-007