# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
Carolyn Sitt, individually on behalf of
herself and all others similarly situated,

        Plaintiff,

v.

Nature's Bounty, Inc., NBTY, Inc.,

        Defendants.

---------------------------------------------------------- x

Case No. 15-cv-4199-MKB-MDG

**DECLARATION OF CAROLYN SITT**

Carolyn Sitt, of full age and duly sworn, states as follows:

1. I am currently the plaintiff and proposed class representative in this matter. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct.

2. Since initiating suit, I have understood and appreciated that a class representative should represent the class vigorously, which includes, among other things: a) remaining free of interests that are antagonistic to the interests of other class members; b) maintaining a willingness to be responsive to plaintiff's counsel throughout the discovery process and to keep abreast of developments; c) maintaining an interest in righting the wrongs at issue in the case; d) maintaining a willingness and ability to devote sufficient time to participating in the discovery process.

3. Family obligations required me to cancel a scheduled deposition in December.

4. I understand that, thereafter, I was ordered by the court to appear for a deposition.

5. The parties and counsel agreed to schedule the deposition for February 15th.

6. On the evening of February 13th, I informed counsel, Jason Sultzer that I no longer wished to be involved in the suit or to serve as a class representative.

7. I came to this decision on my own after realistically evaluating my schedule. Ultimately, I decided that while I remain interested in ensuring that consumers deceived by defendants obtain redress, because of my continuing family obligations I simply cannot devote the time necessary to serve as class representative.

8. I continue to believe that this suit is vital and necessary to prevent defendants from continuing to engage in deceptive and fraudulent business practices that harm consumers across the country.

9. I understand that, in view of my decision to cease involvement in the case, counsel will need to move to amend the complaint with a new named plaintiff.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: 2/15/17

_____
Carolyn Sitt